29767.   GRIER *et al. v.* WILLIAMS.

Decided January 22, 1943.   Rehearing denied February 25, 1943.

*Bussey & Fulcher, Price & Spivey,* for plaintiffs in error..

*J. Palmer Williams, Williams & Smith,* contra.

GARDNER, J. (After stating the foregoing facts.) The facts of the instant case are almost identical with and are controlled by the principles of law announced in *Cain* v. *Georgia Power Co.,* 53 *Ga. App.* 483 (186 S. E. 229), and *Pullen* v. *Georgia Stages Inc.,* 62 *Ga. App.* 592 (9 S. E. 2d, 104). See cases cited therein. The facts stated and rulings announced in *Sprayberry* v. *Snow,* 190 *Ga.* 723 (10 S. E. 2d, 179), and *Bozeman* v. *Blue's Truck Line Inc.,* 62 *Ga. App.* 7 (7 S. E. 2d, 412), are not controlling in the instant case, as may be discerned by a careful reading and comparison. We call attention to the cases cited by this court in *Seymour* v. *Elberton,* 67 *Ga. App.* 426 (20 S. E. 2d, 767). See also *Barnwell* v. *Solomon,* 59 *Ga. App.* 507 (1 S. E. 2d, 263).

The petition failed to set out a cause of action. The court erred in overruling the demurrers.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*